PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:94CR05090-01** |
| ) | |
| **Ernesto Raymundo** ) | |
| ) | |

On April 27, 1998, the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido
United States Probation Officer**

Dated:   May 3, 2006
         Fresno, California
         JTP

**REVIEWED BY:**   /s/ Bruce Vasquez
                  **BRUCE VASQUEZ
                  Supervising United States Probation Officer**

**Re:   Ernesto Raymundo**
**Docket Number:   1:94CR05090-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervisee be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| May 26, 2006 | /s/ OLIVER W. WANGER |
| **Date** | **OLIVER W. WANGER** |
| | **United States District Judge** |

jtp
Attachment:   Recommendation
cc:   United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office